AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL TUTTLE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-3035-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion for Summary Judgment is GRANTED. Defendant's Motion for Summary Judgment is DENIED. Judgment is entered for Plaintiff.

May 20, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen